No. 98–6571.  HENRY *v.* WILLIAMSON ET AL., 525 U. S. 1093. Petition for rehearing denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

APRIL 20, 1999

No. 98–507.  SNYDER *v.* TREPAGNIER ET AL.  C. A. 5th Cir. [Certiorari granted, 525 U. S. 1098.]  Writ of certiorari dismissed under this Court's Rule 46.

APRIL 22, 1999

No. 98–1531.  FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR FLAGLER FEDERAL SAVINGS AND LOAN ASSN. *v.* LACENTRA TRUCKING, INC., ET AL.  C. A. 11th Cir.  Certiorari dismissed under this Court's Rule 46.1.

APRIL 26, 1999

No. A–819.  LEISURE *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL.  Application for certificate of appealability, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. D–2018.  IN RE DISBARMENT OF MARTUCCI.  Joseph C. Martucci, of Miami, Fla., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court.  The rule to show cause, issued on December 7, 1998 [525 U. S. 1039], is discharged.

No. D–2032.  IN RE DISBARMENT OF BOOREAM.  Disbarment entered.  [For earlier order herein, see 525 U. S. 1134.]